HENRY DUNKART v. JOHN A. HENRY and another.

(For syllabus, see preceding case.)

MOTION for injunction heard at Chambers in Asheville on the 14th of March, 1882, (in an action pending in HAYWOOD Superior Court) before *Gilliam, J.*

The motion was denied and the plaintiff appealed.

*Mr. J. H. Merrimon*, for plaintiff.
No counsel for defendant.

ASHE, J. The facts of this case are very similar to those in *Dunkart* v. *Rinehart, ante,* 224. The difference in the state of facts is not sufficiently material as to effect the application of the doctrine announced in that case; and our opinion is, the principle there enunciated governs this case, and there is therefore no error in the denial by His Honor of the motion of the plaintiff.

Let this be certified to the superior court of Haywood county where the cause is pending.

No error.                                                   Affirmed.